JANUARY 9, 1956.

No. 437. BOSTON & PROVIDENCE RAILROAD CORPORATION STOCKHOLDERS *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. Appeal from the United States District Court for the Eastern District of Virginia. *Per Curiam:* The motion of Boston & Providence Railroad Corporation Stockholders Committee for leave to intervene or, in the alternative, to file brief as *amicus curiae* is denied. The motions to affirm are granted and the judgment is affirmed. *Armistead B. Rood, Joseph B. Hyman,*

*Cassius M. Clay* and *Sidney H. Willner* for appellants. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Robert W. Ginnane* and *Isaac K. Hay* for the United States and the Interstate Commerce Commission, and *William T. Griffin* and *Herbert Burstein* for the New York, New Haven & Hartford Railroad Co., appellees.